IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VIRGIL W. SHELTON                                                                                      PLAINTIFF

v.                                              No. 4:02CV00632 GH

KENNEDY FUNDING, INC.                                                                           DEFENDANT

## ORDER

On September 9th, plaintiff filed a motion in limine of his intent to use the 1990 federal felony securities and bank fraud convictions of Joseph Wolfer, founder of defendant, under Rule of Evidence 404(b), as to whether his actions were the result of a mistake, motive, intent, etc., and that such evidence is also permitted under the 10-year provision in Rule 609 as to credibility as the five years of probation and halfway house constitute confinement.

Defendant responded on September 23rd that plaintiff has not alleged that Wolfer committed any specific act constituting part of plaintiff's claims, the plea occurred fifteen years ago, plaintiff has not alleged that any misrepresentations of acts of fraud could be attributed to Wolfer, and the great risk of confusion of issues outweighs the probative value of the guilty plea. It continues that most courts do not include probation as confinement for purposes of Rule 609 and that once again the probative value of a guilty plea over 15 years ago is outweighed by the danger of prejudice considering his good behavior following his release from confinement.

The Court is persuaded that defendant is correct in its assessments under Rules 404(b) and 609.[1]  Accordingly, plaintiff's September 9th motion (#88) in limine is hereby denied.

IT IS SO ORDERED this 7th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that continuance of the trial from September 12th to January 9th has only increased the passage of time from the convictions.