**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**VIRGIL SHELTON**                                                    **PLAINTIFF**

**v.**                                   **4:02-CV-00632-WRW**

**KENNEDY FUNDING, INC.**                                            **DEFENDANT**

**ORDER**

After consideration of the authorities cited by both sides, I think Defendant's Motion to

Exclude Evidence of Other Lawsuits and Transactions (Doc. No. 173) should be, and hereby is,

GRANTED.

It seems to me that the time which would be consumed, and the likelihood of confusion,

outweigh the possible probative value of the other incidents.

IT IS SO ORDERED this 4th day of March, 2009.


                                        /s/ Wm. R. Wilson, Jr.
                                        UNITED STATES DISTRICT JUDGE