## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**March 5, 2009**

Mr. Morgan E. Welch
Mr. Lloyd W. Kitchens, III
Welch and Kitchens, LLC
One Riverfront Place
Suite 413
North Little Rock, AR 72114

Mr. David. L. Williams
Ms. Katherine M. Hingtgen
Kutak Rock LLP - Little Rock
124 West Capitol Avenue
Suite 2000
Little Rock, AR 72201-3409

      Re: *Shelton v. Kennedy Funding, Inc.*, 4:02-CV-00632-WRW

Dear Counsel:

It appears that Defendant's Motion to Exclude Evidence of Plaintiff's Lost Profits (Doc. No. 194) may have considerable merit, but I will wait until Plaintiff rests to make a decision.

      Cordially,

      /s/ Wm. R.Wilson, Jr.

Original to the Clerk of the Court