IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VIRGIL SHELTON                                                                                          PLAINTIFF

vs.                                          4:02CV00632-WRW

KENNEDY FUNDING, INC.                                                                       DEFENDANT

JUDGMENT ON JURY VERDICT

This action came on for trial March 3, 2009, before the Court and a jury, the Honorable William R. Wilson, Jr., United States District Judge, presiding. The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on March 6, 2009. Now, based on that verdict,

Judgment is entered in favor of the Plaintiff, Virgil Shelton, in the amount of Six Hundred Seventy-five thousand and No/100 Dollars ($675,000.00). The jury then deliberated on the issue of punitive damages and found in favor of the Plaintiff, Virgil Shelton, in the amount of One Million and No/100 Dollars ($1,000,000.00). As a result, plaintiff is entitled to a total award of One Million Six Hundred Seventy-five thousand and No/100 ($1,675,000.00), plus pre-judgment interest and post-judgment interest at the rate of .72% per annum until paid. The pre-judgment interest and post-judgment interest will be applied to the jury verdict in the amount of Six Hundred Seventy-five thousand and No/100 Dollars ($675,000.00), only. Attorney's fees will be determined pursuant to Local Rule 54.1(a).

IT IS SO ORDERED this 9th day of March, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

judgmentjuryverdict.Shelton.wpd