IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**VIRGIL W. SHELTON**                                                                                         **PLAINTIFF**

**VS.**                                            **4:02-CV-00632-WRW**

**KENNEDY FUNDING, INC.**                                                                    **DEFENDANT**

## ORDER

After careful consideration, Defendant's Motion for Judgment as a Matter of Law or, in the Alternative, Motion for a New Trial (Doc. No. 217) is DENIED.

IT IS SO ORDERED this 24th day of March, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE