# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**VIRGIL SHELTON**                                          **PLAINTIFF**

v.                          **4:02-CV-00632-WRW**

**KENNEDY FUNDING, INC.**                             **DEFENDANT**

## ORDER

Pending are Plaintiff's Motion to Alter Judgment (Doc. No. 208), Defendant's Motion to Alter Judgment (Doc. No. 220), and Defendant's Motion for Approval of Supersedeas Bond and to Stay Execution Pending Appeal (Doc. No. 223).

For good cause shown, Plaintiff's Motion to Alter Judgment (Doc. No. 208) is GRANTED. The Judgment will be amended to reflect a 6% pre-judgment interest rate.

Defendant's Motion to Alter Judgment (Doc. No. 220) is DENIED.

Defendant's Motion for Approval of Supersedeas Bond and to Stay Execution Pending Appeal (Doc. No. 223) is DENIED WITHOUT PREJUDICE. Defendant may file a new motion in view of the amount in the Amended Judgment.

IT IS SO ORDERED this 25th day of March, 2009.

                                                    /s/ Wm. R. Wilson, Jr._____
                                                    UNITED STATES DISTRICT JUDGE