IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**VIRGIL SHELTON**                                                                                          **PLAINTIFF**

v.                                      **4:02-CV-00632-WRW**

**KENNEDY FUNDING, INC.**                                                                      **DEFENDANT**

**AMENDED JUDGMENT**

This action came on for trial March 3, 2009, before the Court and a jury, the Honorable William R. Wilson, Jr., United States District Judge, presiding. The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on March 6, 2009.

Now, based on that verdict, judgment is entered in favor of Plaintiff, Virgil Shelton, in the amount of $675,000.00.  The jury then deliberated on the issue of punitive damages and found in favor of the Plaintiff, Virgil Shelton, in the amount of $1,000,000.00. Accordingly, Plaintiff is entitled to a total award of $1,675,000.00, plus pre-judgment interest at the rate of 6% and post-judgment interest at the rate of .72% per annum until paid.  The pre-judgment interest and post-judgment interest will be applied only to the $675,000.00 compensatory damages award.  Attorneys' fees will be determined based on Local Rule 54.1(a).

IT IS SO ORDERED this 25th day of March, 2009 (*nunc pro tunc* to March 9, 2009).


/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE