**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**June 9, 2009**

Mr. David L. Williams
Ms. Katherine M. Hingtgen
Kutak Rock LLP - Little Rock
124 West Capitol Avenue, Suite 2000
Little Rock, AR 72201-3409

    Re:   *Shelton v. Kennedy Funding, Inc.*, 4:02-CV-00632-WRW;
          Doc Nos. 240, 243; Amount of Supersedeas Bond

Dear Counsel:

Are Plaintiff's calculations ($2,233,768.90) correct? If not, please advise me in exact and plenary detail as to how Plaintiff has miscalculated.

Please do so by 2:00 p.m., tomorrow, June 10, 2009.

                      Cordially,

                      /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record