**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**VIRGIL SHELTON**                                                                                                    **PLAINTIFF**

vs.                                                         **4:02CV00632-WRW**

**KENNEDY FUNDING, INC.**                                                                              **DEFENDANT**

**AMENDED JUDGMENT**

This action came on for trial March 3, 2009, before the Court and a jury, the Honorable William R. Wilson, Jr., United States District Judge, presiding. The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on March 6, 2009. Now, based on that verdict and the September 24, 2010, opinion by the Court of Appeals for the Eighth Circuit:

Judgment is entered in favor of Plaintiff, Virgil Shelton, in the amount of Six Hundred Seventy-five thousand and No/100 Dollars ($675,000.00), plus pre-judgment interest at the rate of 6% and post-judgment interest at the rate of .72% per annum until paid.

IT IS SO ORDERED this 27th day of October, 2010.


                                                /s/Wm. R. Wilson, Jr.
                                             UNITED STATES DISTRICT JUDGE